```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00180-RNO
William Cortez, Jr.                                                 Chapter 13
         Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini              Page 1 of 2              Date Rcvd: Mar 04, 2019
                              Form ID: ntnew341           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
```
db              +William Cortez, Jr.,    101 Clover Ct.,    Milford, PA 18337-5011
cr              +Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                  Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                  Norristown, PA 19401-4852
5150958        ++GOLD KEY COUNTRY CLUB,    111 GOLD KEY ROAD,    MILFORD PA 18337-5037
                 (address filed with court: Gold Key Country Club,    2000 Gold Key Estates,    111 Gold Key Road,
                  Milford, PA 18337)
5150960         +KML Law Group,    701 Market St. #5000,    Philadelphia, PA 19106-1541
5168320          Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                  Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                  Norristown, PA 19401
5150961          Lendmark Financial Svcs. #22,    PO Box 2699,    Covington, GA 30015
5150962         +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, Texas 75019-4620
5150963          Nationstar,    PO Box 199111,    Dallas, TX 75235
5156610         +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
5162180         +U.S. Bank N. A., et al,    C/O Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                  Dallas, TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5150957         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2019 19:41:52     Comenity Bank/Peebles,
                  PO Box 182789,    Columbus, OH 43218-2789
5150959         +E-mail/Text: bholwadel@tempoe.com Mar 04 2019 19:42:14      Kahuna Payment Solutions, LLC,
                  807 Arcadia,    Bloomington, IL 61704-6119
5153978          E-mail/Text: ktramble@lendmarkfinancial.com Mar 04 2019 19:41:33
                  Lendmark Financial Services, LLC,    2118 Usher Street NW,    Covington, GA 30014
5150964         +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 04 2019 19:50:05     Regional Acceptance Corp.,
                  1420 East Fire Tower Rd.,    Greenville, NC 27858-4139
5164911          E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 04 2019 19:50:05     Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5168322*         Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                  Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                  Norristown, PA 19401
5150965        ##+Santander Consumer USA,    8585 N. Stemmons Fwy. Ste. 1100-N,    Dallas, TX 75247-3822
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                  Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Craig H. Fox   on behalf of Creditor    Lendmark Financial Services, LLC
                Bankruptcy@Foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Warmbrodt on behalf of Creditor U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-RF3 bkgroup@kmllawgroup.com

        Philip W. Stock on behalf of Debtor 1 William Cortez, Jr. pwstock@ptd.net

        United States Trustee ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Cortez Jr.,
aka William J. Cortez,

Chapter 13

**Debtor 1**

Case No. 5:19–bk–00180–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: April 1, 2019 |
| --- | --- |
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 4, 2019 |

ntnew341 (04/18)