```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
In re:                                                        Case No. 19-00180-RNO
William Cortez, Jr.                                           Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke        Page 1 of 2        Date Rcvd: Jan 14, 2020
                             Form ID: pdf010        Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
```
db            +William Cortez, Jr.,    101 Clover Ct.,    Milford, PA 18337-5011
cr            +Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
                Norristown, PA 19401-4852
5150958      ++GOLD KEY COUNTRY CLUB,    111 GOLD KEY ROAD,    MILFORD PA 18337-5037
               (address filed with court:  Gold Key Country Club,    2000 Gold Key Estates,    111 Gold Key Road,
                Milford, PA 18337)
5150960       +KML Law Group,    701 Market St.  #5000,    Philadelphia, PA 19106-1541
5168320        Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                Norristown, PA 19401
5150961        Lendmark Financial Svcs. #22,    PO Box 2699,    Covington, GA 30015
5150962       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, Texas 75019-4620
5150963        Nationstar,    PO Box 199111,    Dallas, TX 75235
5156610       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
5176886      ++TEMPOE  LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                CINCINNATI OH 45202-3576
               (address filed with court:  Tempoe, LLC dba Why Not Lease It,    1750 Elm St Suite 1200,
                Manchester, NH 03104)
5162180       +U.S. Bank N. A., et al,    C/O Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5150957       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 19:14:42      Comenity Bank/Peebles,
                PO Box 182789,    Columbus, OH 43218-2789
5150959       +E-mail/Text: bholwadel@tempoe.com Jan 14 2020 19:14:57     Kahuna Payment Solutions, LLC,
                807 Arcadia,    Bloomington, IL 61704-6119
5153978        E-mail/Text: ktramble@lendmarkfinancial.com Jan 14 2020 19:14:25
                Lendmark Financial Services, LLC,    2118 Usher Street NW,    Covington, GA 30014
5173889        E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 19:14:44
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5173891        E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 19:14:44
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
5150964       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 14 2020 19:23:32      Regional Acceptance Corp.,
                1420 East Fire Tower Rd.,    Greenville, NC 27858-4139
5164911        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 14 2020 19:23:32      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5168322*       Lendmark Financial Services, LLC,    c/o Craig H. Fox, Esquire,
                Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
                Norristown, PA 19401
5150965      ##+Santander Consumer USA,    8585 N. Stemmons Fwy. Ste. 1100-N,    Dallas, TX 75247-3822
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Craig H. Fox    on behalf of Plaintiff    Lendmark Financial Services, LLC
           Bankruptcy@Foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          Craig H. Fox    on behalf of Creditor    Lendmark Financial Services, LLC
           Bankruptcy@Foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-RF3
           bkgroup@kmllawgroup.com
          Philip W. Stock    on behalf of Debtor 1 William  Cortez, Jr. pwstock@ptd.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
William Cortez, Jr.,
    Debtor : Case No. 5:19-bk-00180-RNO

:

## ORDER DISMISSING CASE

A motion to dismiss the above-named case having been filed by Debtor, it is **ORDERED** that the above-named case is hereby dismissed.

Dated: January 14, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge  (DG)